**No. 53064.**—Catz American Co., Inc. *v.* United States, protest 143059–K (New York).

Opinion by JOHNSON, J.  At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed.  In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "not landed, not found," is subject to an allowance in duties.  The protest was sustained to this extent.

**No. 53065.**—Tice & Lynch, Inc., and E. M. Sergeant Pulp & Chemical Co., Inc. *v.* United States, protests 144411–K and 140526–K (New York).

Opinion by JOHNSON, J.  At the trial it was stipulated that the issues and facts are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspectors as manifested, not found, were not in fact received by the importers.  In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspectors as "manifested, not found," is subject to an allowance in duties.  The protests were sustained to this extent.

**No. 53066.**—W. A. Taylor & Co. *v.* United States, protest 135517–K (New York).

Opinion by JOHNSON, J.  At the trial it was stipulated that the merchandise, issues, and facts are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed.  In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it·involves the quantities reported by the inspector as "not landed, not found," is subject to an allowance in duties.  The protest was sustained to this extent.

**No. 53067.**—Cosmos Shipping Company, Inc. *v.* United States, protest 133568–K (New York).

Opinion by JOHNSON, J.  At the trial the collector's memorandum was moved in evidence and the case submitted.  An examination of said memorandum showed that an error had been made by the surveyor in reporting the weight of 14 bales of thread waste.  The surveyor's amended report showed a gross weight for these 14 bales as 3,696 instead of 3,896, as previously reported.  In view of the evidence presented, the collector was directed to reliquidate the entry·assessing duty at the appropriate rate upon the basis of 3,696 pounds, rather than 3,896 pounds, and to make refund accordingly.